**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Paul GREEN, a.k.a. Ander P. Clark,**
**Defendant–Appellant.**

**No. 06–13166**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 19, 2007.

Michael B. Cohen, Ft. Lauderdale, FL,
for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office,
Miami, FL, for Plaintiff–Appellee.

Before BLACK, MARCUS and COX,
Circuit Judges.

PER CURIAM:

Michael Cohen, appointed counsel for
Paul Green, a.k.a. Ander Clark, has filed a
motion to withdraw on appeal supported
by a brief prepared pursuant to *Anders v.
California*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967). Our independent re-
view of the entire record reveals that coun-
sel's assessment of the relative merit of
the appeal is correct. Because indepen-
dent examination of the entire record re-
veals no arguable issues of merit, counsel's
motion to withdraw is **GRANTED**, and

Green's conviction and sentence is **AF-
FIRMED.**